FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 18 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

1
　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　NORTHERN DISTRICT OF GEORGIA
2
　　　　　　　　　　ATLANTA DIVISION

3
TRACEY L. TOMCZYK,　　　　　　　)　　DOCKET NO.
4　　　　　　　　　　　　　　　　　)　　1:00-CV-3417-JOF
　　　　PLAINTIFF,　　　　　　　　)
5　　　　　　　　　　　　　　　　　)
　　　　V.　　　　　　　　　　　　)
6　　　　　　　　　　　　　　　　　)
JOSEPH R. ROLLINS, ET AL.,　　　)　　ATLANTA, GEORGIA
7　　　　　　　　　　　　　　　　　)　　NOVEMBER 14, 2006
　　　　DEFENDANTS.　　　　　　　　)

8

9
　　　　　　　　　　　　　VOLUME 2A
　　　　　　　　　　JURY TRIAL PROCEEDINGS
10　　　　　　BEFORE THE HONORABLE J. OWEN FORRESTER
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

11

12

13
APPEARANCES:

　　　　FOR THE PLAINTIFF:　　　EDWARD BUCKLEY
14　　　　　　　　　　　　　　　　DANIEL KLEIN
　　　　　　　　　　　　　　　　　MONICA GARCIA
15　　　　　　　　　　　　　　　　DENA GEORGE
　　　　　　　　　　　　　　　　　ATTORNEYS AT LAW

16

17　　　　FOR THE DEFENDANTS:　　CARY KING
　　　　　　　　　　　　　　　　　SCOTT KING
18　　　　　　　　　　　　　　　　CRAIG ERHLICH
　　　　　　　　　　　　　　　　　ATTORNEYS AT LAW

19

20

21

22
　　　　　　　　　LOIS D. PHILLIPS, RMR, CRR
　　　　　　　　　　OFFICIAL COURT REPORTER
23　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　U.S. DISTRICT COURT
24　　　　　　ATLANTA, GEORGIA　30303-3361
　　　　　　　　　　　(404) 215-1317

25

　　　　　　　　　UNITED STATES DISTRICT COURT