FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 23 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRACEY L. TOMCZYK,

    Plaintiff,

v.

JOSEPH R. ROLLINS,

    Defendant.

1:00-cv-3417-WSD

## VERDICT

1. Did Defendant engage in intentional infliction of emotional distress?

    Yes _____    No \_\_\_X\_\_\_\_\_

**If your answer to this question is "No", sign and date the verdict form and render your verdict.**

**If your answer is "Yes", proceed to Question 2.**

2. Plaintiff should be awarded compensatory damages in the amount of

    $_____.

3. Did Plaintiff suffer injury to her peace, happiness and feelings?

    Yes _____    No _____

4. Did Plaintiff suffer physical injury?

    Yes _____    No _____

**SO SAY WE ALL.**

This <u>23</u> day of April, 2009.

<u>JAMES P. WOODS</u>
Foreperson Printed Name

_____
Foreperson Signature