# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TRACEY TOMCZYK,<br><br>         **Plaintiff,**<br><br>v.<br><br>JOSEPH R. ROLLINS,<br><br>         **Defendant.** | 1:00-cv-3417-WSD |

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable William S. Duffey, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff take nothing; that the defendant recover the costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 24th day of April, 2009.

                JAMES N. HATTEN, CLERK

              By:  S/ Jessica Birnbaum
                  Deputy Clerk

Filed in the Clerk's Office
April 24, 2009
James N. Hatten, Clerk
By:   S/ Jessica Birnbaum
    Deputy Clerk